CAUSE NO. 14-15-00771-GR    p.1-3

Scott Santschi:    X    IN THE fourteenth
    VS.    X    Court of Appeals
STATE OF TEXAS    X    Houston, TEXAS
    X

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

NOV 13 2015

CHRISTOPHER A. PRINE
CLERK

Appellants Brief IN Support of His
Immediate Exhonoration And Release

MAILED
9-11-15

Comes Now Scott Santschi, Appellant IN The Above Numbered Cause, And Moves the Court of Appeals to Reverse his Illegal Conviction from Harris County Court 179 NO. 1474591 And So Order Scott Santschi to be released from Custody of TDCJ Effective Immediately, OR IN the Alternative order Scott Santschi TDC# 2019398 to be Released pending the outcome of this Matter.

IN Support of the Above The Appellant Would Respectfully Show the Court the following:

## I.

The Appellant, Mr. Scott Santschi, IS NOT NOW NOR has ever fled from Justice No Matter how Illegal or oppressive.

## II.

The Appellant, Mr. Scott Santschi IS The owner of

## II CONTD.

Alpine Construction Services, A well known and established business In Harris County And employs many In the Area. Mr. Santsch's company and employees and family are now suffering catastrophic Damage due to his Illegal Incarceration Due to the willful and malicious Baseless prosecution by The Harris County District Attorneys office.

## III.

Mr. Santsch, The Appellant, And His wife, the Alleged Victim, Have At All Times Maintained his complete Innocence, And Such Is A matter of evidence, And Record.

## IV.

HAD Illegal Heresay ~~Evidence~~ testimony from Deputy Constable Cessna (who clearly had no right to arrest Appellant) not been admitted As Is required by Law, Appellant would Never have been Convicted. As A Result the ~~Improperly~~ empaneled jury was Also Tainted by Numerous Illegal Allowances, That should Never have been presented to jury,

## III.

Mr. Santschi, Appellant, was the victim of theft, extortion, assault, assault w/ a weapon, illegal arrest, illegal confinement, illegal operations of law, official oppression, wrongful conviction, wrongful imprisonment, terroristic threats, to name only a few.

Respectfully, this cause has had severe damaging effects on Mr. Santschi's personal and business life, as well as his mental state of well being, and should be accelerated and decided as quickly in order to aquit, exhonorate, and release Appellant as soon as humanly possible as he is now and has always been completly innocent.

Whereas, Appellant prays the court find in his favor and order the immediate release of Mr. Santschi, God speed, and, God bless you.

Respectfully, Scott Santschi

PO-36

## ORDER

On this the _____ day of _____ 2015 came to be heard by this court, Appellants Brief in support of reversal of conviction and immediate release and should be: GRANTED

X _____

Honorable Judge Presiding